

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-16-00647-CV

**IN RE** Mary **WINTERS** and Mila Cheatom

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On October 5, 2016, Relators filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 7, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-03926, styled *Mary Winters and Mila Cheatom v. 738 Property, LLC, et al*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.